### JOHN A. HIGDON v. R. A. BRADSHAW AND PATE.

Mutual Mistake — Consideration — Peremptory Instruction.

> Money paid by one party to another under a mutual mistake is held to have been paid without consideration and should be refunded, and a peremptory instruction should not be given for defendants.

APPEAL FROM HANCOCK CIRCUIT COURT.

June 14, 1867.

OPINION OF THE COURT BY JUDGE WILLIAMS:

As Higdon had been drafted when he paid Bradshaw and Pate the $300 to exonerate him therefrom, or to furnish him a substitute, it is evident that both parties supposed the draft was legal and binding when, in fact, the county had furnished its quota of soldiers and was not liable to draft; and on correction of the quota, those who had not already been sworn into the service were discharged; the money was, therefore, paid without consideration, both parties being under a mutual mistake, as was held by this court in ——————— and should, therefore, be refunded. The peremptory instruction to find for the defendants was radically erroneous; wherefore, the judgment is reversed with directions for a new trial and further proceedings as herein indicated.

*G. W. Williams, R. Y. Bush,* for Appellant.

*Kincheloe,* for Appellees.